**Fill in this information to identify the case:**

Debtor 1: Richard Matthew Meyers

Debtor 2: Sarah Elizabeth Meyers
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Missouri
(State)

Case number: 19-10510

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 4 4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 8/9/2019: Proof of Claim/Plan Review and 410A Prep | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1   **Richard Matthew Meyers**
           First Name   Middle Name   Last Name

Case number (*if known*) 19-10510

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
Signature

Date 11 / 08 / 2019

Print: **D. Anthony Sottile**
First Name   Middle Name   Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number   Street
**Loveland, OH 45140**
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email **bankruptcy@sottileandbarile.com**

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# Invoice

**BILL TO**
Home Point Financial Corporation
ATTN: PAYMENT PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE** ▓▓▓▓
**DATE** 08/09/2019

**BER**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Meyers, Richard/Sarah ▓▓▓ · Proof of Claim and Plan Reivew | 1 | 650.00 | 650.00 |
| Meyers, Richard/Sarah ▓▓▓ · 410A Prep | 1 | 250.00 | 250.00 |

**BALANCE DUE** $900.00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
CAPE GIRARDEAU DIVISION

| | |
|---|---|
| In Re: | Case No. 19-10510 |
| Richard Matthew Meyers<br>Sarah Elizabeth Meyers | Chapter 13 |
| Debtors. | Judge Barry S. Schermer |

## CERTIFICATE OF SERVICE

I certify that on November 8, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    John David Moore, Debtors' Counsel
    johndavid@moorelawoffice.com

    Diana S. Daugherty, Chapter 13 Trustee
    standing_trustee@ch13stl.com

    Office of the United States Trustee
    ustpregion13.sl.ecf@usdoj.gov

I further certify that on November 8, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Richard Matthew Meyers, Debtor
    158 Burrdoc Acres
    Cape Girardeau, MO 63701

Sarah Elizabeth Meyers, Debtor
158 Burrdoc Acres
Cape Girardeau, MO 63701

| | |
|---|---|
| Dated: November 8, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |